Charles A. Hamm (SBN 359861)
Law Office of Charles A. Hamm
300 Montgomery Ave #Q
Oxnard, CA 93036
Phone: (805) 308-4266
Email: info@law4ca.com

Attorneys for JOHN DIAZ, Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Diaz, | FILE NO. 2:25-cv-01594-DC-CKD |
| Plaintiff, | |
| v. | Notice of Related Cases |
| Lodi Association of Realtors, Central Valley Association of Realtors, CALIFORNIA ASSOCIATION OF REALTORS, and National Association of REALTORS, and DOES 1 through 5, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 123 (Federal Rules of Civil Procedure 83), Plaintiff John Diaz, through counsel, hereby provides notice of a related case previously filed in this Court. The Related Case is: *John Diaz v. National Association of Realtors et al.,* Case No. 2:24-cv-09621-DMG-JPR (C.D. Cal.), filed 11/1/2024, order of dismissal on December 23, 2024. The Honorable Judge Dolly M. Gee presided over the case.

Relationship of Cases: This newly filed action arises out of some of the same facts and legal claims as the prior pro se complaint filed by Plaintiff. While the theories and alleged facts do differ, both actions involve allegations challenging the National Association of Realtors' unlawful restraints

of trade under federal and state antitrust law. The parties, legal theories, and factual context overlap. The Plaintiff had been given leave to amend but failed to do so within the required time period, resulting in dismissal, without prejudice.

    Reason for Related Case Designation: Assignment to the same District Judge and Magistrate Judge may result in savings of judicial time and effort, avoid inconsistent rulings, and promote efficient case management, given the similarity of parties.

DATED: June 9, 2025

_____
CHARLES A. HAMM
Attorney for the Plaintiff

**Certificate of Service**

I, the undersigned, certify and declare as follows:

1. I am over the age of 18 years, not a party to this action, and employed in the County of Ventura, State of California.

2. On June 9, 2025, I served the following document:

   **Notice of Related Cases**

3. I served the document by placing a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and depositing it in the United States Mail at Oxnard, California, addressed to the individuals listed in Exhibit A attached hereto.

☒ I am a member of the Bar of the United States District Court, Central District of California.

☐ I am employed in the office of a member of the Bar of this Court at whose direction service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025, at Oxnard, California.

Dated: June 9, 2025      _____

Charles A. Hamm, Esq.

Notice of Related Cases                           - 3 -

**EXHIBIT A**

Lodi Association of Realtors
777 South Ham Lane, Suite B
Lodi, CA 95242

Central Valley Association of Realtors
1212 McHenry Avenue
Modesto, CA 95350

California Association of Realtors
915 L Street, #1460
Sacramento, CA 95814

National Association of Realtors
1325 J Street, Suite 1550
Sacramento, CA 95814

Notice of Related Cases                     - 4 -